

**MANDATE**

# The Fifteenth Court of Appeals

NO. 15-24-00056-CV

| | |
|---|---|
| Christopher James Vrba, Appellant<br><br>v.<br><br>Brianna Renea Vasquez, Appellee | Appealed from the County Court at Law #4 of Williamson County. (Tr. Ct. No. 17-3058-FC4). Opinion delivered by Justice Field. Chief Justice Brister and Justice Farris also participating. |

**TO THE COUNTY COURT AT LAW #4 OF WILLIAMSON COUNTY, GREETINGS:**

Before our Court of Appeals on December 3, 2024, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Brianna Renea Vasquez, was heard on the appellate record. We order the appeal **DISMISSED FOR WANT OF PROSECUTION.**

We order appellant, Christopher James Vrba, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

CHRISTOPHER A. PRINE, CLERK